1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JASON ALLAN SINGER,                    Case No. 1:17-cv-00725-EPG

12                    Plaintiff,           ORDER DIRECTING CLERK OF
                                           COURT TO REDESIGNATE CASE
13         v.                              FROM A PRISONER CIVIL
                                           RIGHTS CASE TO A NON-
14  MATTHEW BRAMAN, et al.,                PRISONER CIVIL RIGHTS CASE

15                    Defendants.

16

17         On May 18, 2017, plaintiff Jason Singer ("Plaintiff") filed the complaint which

18  commenced this action in the Central District of California.  (ECF No. 1).  On May 23, 2017,

19  this case was transferred to the Eastern District of California.  (ECF No. 4).  The Clerk of Court

20  designated the action as a civil rights action pursuant to 42 U.S.C. § 1983, Nature of Suit: 550

21  Prisoner: Civil Rights.

22         This case relates to an incident that occurred before Plaintiff was in prison.  (ECF No.

23  1).  Accordingly, the court hereby construes the case as a non-prisoner civil rights action

24  pursuant to 42 U.S.C. § 1983.  Therefore, the Clerk of the Court shall change the designation of

25  the present case to reflect that of a non-prisoner civil rights action pursuant to 42 U.S.C. §

26  1983, with Nature of Suit: 440 Civil Rights: Other.

27         Based on the foregoing, IT IS HEREBY ORDERED that:

28         1.      The Clerk of the Court is DIRECTED to change the designation of the present

                                            1

1 case to reflect that of a non-prisoner civil rights action pursuant to 42 U.S.C. §
2 1983, with Nature of Suit 440; and

2. The Clerk is DIRECTED to reflect the new designation on the Court's docket
4 and issue the appropriate notice.

IT IS SO ORDERED.

Dated: __**May 26, 2017**__           /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE