# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JASON ALLAN SINGER,

    Plaintiff,

v.

MATTHEW BRAMAN, *et al.*

    Defendants.

1:17-cv-00725-DAD-EPG

**ORDER GRANTING EXTENSION TO OF TIME TO FILE AMENDED COMPLAINT**

(ECF No. 17)

    Plaintiff Jason Allan Singer, appearing *pro se* and *in forma pauperis*, filed a Complaint on May 18, 2017. (ECF No. 1.) The Complaint alleges violations of 42 U.S.C. § 1983 against Defendants Downtowner Inn in Bakersfield, California; Matthew Braman, the night manager of the Downtowner Inn; Sandy Cartwright, the night clerk at the Downtowner Inn; and Stephany Munoz, a room cleaner at the Downtowner Inn. Plaintiff alleges that Defendants conspired with the Bakersfield Police Department to cause him injury. *Id.*

    The Court screened Plaintiff's complaint pursuant to its authority under 28 U.S.C. § 1915(e)(2). On June 15, 2017, the Court issued an Order dismissing the Complaint with leave to amend, finding that Plaintiff had failed to state a claim upon which relief could be granted. (ECF No. 11.) The Order instructed Plaintiff to file an amended complaint on or before July 17, 2017. *Id.* at 6. The Order also warned, "Failure to file an amended complaint by the date

specified will result in dismissal of this action." *Id.* Plaintiff failed to file an amended complaint by the date specified.

On July 31, 2017, this Court issued a Findings and Recommendations recommending that this action be dismissed for Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with the Court's June 15, 2017 Order. (ECF No. 14.) The Court instructed Plaintiff to file written objections within fourteen (14) days after being served with the Findings and Recommendations. *Id.* at 3. Plaintiff was served with the Findings and Recommendations by mail on July 31, 2017. Plaintiff did not file written objections to the Findings and Recommendations.

On August 14, 2017, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 15.) Plaintiff stated that he was researching his legal claims and was requesting an extension in order to properly amend his complaint. *Id.* Although Plaintiff consistently failed to meet deadlines and to comply with this Court's orders, in the interest of justice, the Court granted Plaintiff's request for an extension of time. Plaintiff was directed to file an amended complaint no later than October 6, 2017. The Court warned that if Plaintiff failed to file an amended complaint by this deadline, the Court would issue a final Findings and Recommendations recommending the dismissal of this action.

Now before the Court is Plaintiff's request for an extension of time to file an amended complaint. (ECF No. 17.) Plaintiff states that his prison facility was under lockdown for two months, and he has not been provided legal library access to complete his research to file an amended complaint. *Id.*

Although Plaintiff has consistently failed to meet court-ordered deadlines, the Court will, in the interest of justice, again grant Plaintiff a **thirty (30) day** extension to file his amended complaint. This will be the final extension. If Plaintiff fails to file an amended complaint within thirty days from the date of service of this order, the Court will issue a final Findings and Recommendations recommending the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to file an amended complaint.

2

2. Plaintiff shall file his amended complaint within **thirty (30) days** from the date of service of this order upon Plaintiff.

IT IS SO ORDERED.

Dated: **October 11, 2017**  /s/ Erin P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE